LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTELLA MULLINGS, | Case No. C 06 0979 SC |
| Plaintiff, | **STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION** |
| v. | |
| ELI LILLY AND COMPANY, | **HON. SAMUEL CONTI** |
| Defendants. | |

Pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff requests dismissal without prejudice of the entire action. Defendant ELI LILLY AND COMPANY, having filed an answer in this action, stipulate to that dismissal.

Dated: _____                Dated: 8/17/06

**LEVIN SIMES KAISER & GORNICK LLP**      **REED SMITH LLP**

_____              _____
Emily Charley                        James M. Wood
Attorneys for Plaintiff              Nadia M. Bishop
                                     Dana Reedy
                                     Attorneys for Defendants
                                     ELI LILLY AND COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/21/06                       _____
                                     The Honorable
                                     United States District Judge
                                     Judge Samuel Conti

STIPULATION AND VOLUNTARY DISMISSAL                                    PAGE 1